UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

CYNTHIA TROPP,

         Plaintiff,

  -against-

CBS CORPORATION, FIRST UNUM LIFE
INSURANCE COMPANY, JOHN NESTOR,
MARLENE BAEZ, LINDA KALARCHIAN,
CHARLES BECKER, ANTHONY AMBROSIO
and JOHN DOES,

         Defendants.
----------------------------------------------------------------x

ECF case

Civil Action No.:
10-CV-446 (RMB)

**AFFIDAVIT OF SERVICE**

  I, Jesse Roy, being over 18 years of age and duly sworn, state under the penalty of perjury that the following matters are true and accurate:

1. I am a resident of Brooklyn, New York and not a party to the above-captioned action.

2. On January 21, 2010, at 11:45 AM, I served a copy of the summons and complaint in this action, dated January 19, 2010, upon Defendant CBS Corporation by personally delivering copies of said documents to Helen D'Antona at 31 West 52nd Street, New York, New York 10019.

3. Helen D'Antona announced to me that she was authorized to accept service of process on behalf of CBS and stated to me that her title was CBS's Manager in its Litigation Support Service.

4. I describe Helen D'Antona as follows: She is a Caucasian female, approximately 40 years of age, with blonde hair, brown colored eyes, weighing approximately 120 pounds and being approximately 5 feet 4 inches in height.

Dated:      New York, New York
            January 29, 2009

Signed: _____
              Jesse Roy

Subscribed and sworn before me this

29th day of January, 2010

_____
(Notary Public)

IAN F. WALLACE
NOTARY PUBLIC, STATE OF NEW YORK
02WA6094475
QUALIFIED IN NY COUNTY
COMMISSION EXPIRES JUNE 23 20__11

2